# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FIDELITY AND DEPOSIT COMPANY**
**OF MARYLAND,**                                                                           **PLAINTIFF**

**VS.**                                                                                       No. 4:05CV21-WAP-EMB

**SARAH WILLIAMS,**                                                             **DEFENDANT**

## DEFAULT JUDGMENT

By Memorandum Opinion and Order entered this date, the Court granted Plaintiff Fidelity and Deposit Company of Maryland's Motion for Entry of Judgment By Default. In accordance with the findings made in said Opinion and Order, it is hereby

**ORDERED:**

1. That judgment is hereby entered in favor of Plaintiff Fidelity and Deposit Company of Maryland in the amount of $252,144.81 in damages, reasonable attorney fees, costs and expenses.

2. That Plaintiff is further awarded post-judgment interest on the total amount of $252,144.81 at the current federal rate of 5.02% per annum from the date of entry of this judgment until paid, as provided by 28 U.S.C. §1961.

**SO ORDERED** this 15th day of September, 2006.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE